IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| Q.G. by and through his Parents, James G. and Marlina S., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-905-JLH |
| BRANDYWINE SCHOOL DISTRICT, | ) ) ) | |
| Defendant. | ) ) | |

## **JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order, both dated February 14, 2025,

IT IS HEREBY ORDERED AND ADJUDGED this 14th day of February 2025, that judgment be and is HEREBY ENTERED in favor of Defendant Brandywine School District and against Plaintiffs Q.G. and his parents.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE